IRVING TRUST COMPANY, as Trustee in Bankruptcy for MILLER'S INC., Respondent, *v.* D. MILLER & SONS, INC., et al., Appellants.

(Submitted June 1, 1933; decided July 11, 1933.)

*Charles A. Winter* for appellants.

*William J. Carr* and *Clyde B. Santee* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.